

**EXHIBIT A**



STATE OF CONNECTICUT
COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES

Melanie Depamphilis
**COMPLAINANT**

CHRO Nos. 2410430, 2410431
2410432, 2410433, and 2410434
EEOC Nos. 16A202400992 and
16A202400991

V.

Town of Newington
Board of Fire Commissioners for the Town of Newington
Brian Whalen
Jeffery Trommer
Craig Stegmaier
**RESPONDENTS**

RELEASE OF JURISDICTION

The Commission on Human Rights and Opportunities hereby releases its jurisdiction over the above-identified complaint. The Complainant is authorized to commence a civil action in accordance with CONN. GEN. STAT. § 46a-100 against the Respondent in the Superior Court for the judicial district in which the discriminatory practice is alleged to have occurred, in which the Respondent transacts business or in which the Complainant resides. If this action involves a state agency or official, it may be brought in the Superior Court for the judicial district of Hartford.

A copy of any civil action brought pursuant to this release must be served on the Commission at ROJ@ct.gov or at 450 Columbus Blvd., Suite 2, Hartford, CT 06103 at the same time all other parties are served. Electronic service is preferred. **THE COMMISSION MUST BE SERVED BECAUSE IT HAS A RIGHT TO INTERVENE IN ANY ACTION BASED ON A RELEASE OF JURISDICTION PURSUANT TO CONN. GEN. STAT. § 46a-103.**

The Complainant must bring an action in Superior Court within 90 days of receipt of this release and within two years of the date of filing the complaint with the Commission unless circumstances tolling the statute of limitations are present.

*Tanya A. Hughes*

DATE: 1/17/2025

Tanya A. Hughes, Executive Director

Service
Jessica Slippen, Esq., jslippen@mitchellandsheahan.com
Alexandra Voccio, Esq., avoccio@mvjlawfirm.com